UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TROY ALEXANDER

        Plaintiff,

 vs             5:08-CV-748

THE COUNTY OF ONONDAGA, ET AL.

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:         OF COUNSEL:

TROY ALEXANDER,
91-B-1796
Plaintiff, pro se
Groveland Correctional Facility
7000 Sonyea Road
Sonyea, New York 14556


Onondaga County Attorney's Office   KAREN ANN BLESKOSKI, ESQ.
421 Montgomery Street
10th Floor
Syracuse, New York 13202


DAVID N. HURD
United States District Judge

## DECISION and ORDER

   Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983.  On March 5, 2009, the Honorable Gustave J. DiBianco, United States Magistrate Judge, advised, by Report-Recommendation, that plaintiff's motion for an "injunction" be denied.  No objections to the Report-Recommendation were filed.

Based upon a careful review of entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.  See 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that plaintiff's motion for an "injunction" is DENIED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 30, 2009

Utica, New York.